UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE EVANS, WARDEN,<br><br>    Respondent. | ) NO. CV 07-3597-SVW (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/9/09

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE